FILED
CLERK, U.S. DISTRICT COURT

MAR 26 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

PATRICK CHARLES KING,            )   No. CV 06-8001-GAF (PLA)
                                 )
              Petitioner,        )   **JUDGMENT**
                                 )
        v.                       )
                                 )
KATHLEEN PROSPER, Warden,        )
                                 )
              Respondent.        )
_____)

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 3/26/08

HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE